# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH D. BARNES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-5986** |
| **ATTORNEY GENERAL STATE OF LOUISIANA** | **SECTION "E"(2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Joseph D. Barnes for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

**New Orleans, Louisiana, this 15th day of June, 2017.**

_____
UNITED STATES DISTRICT JUDGE